UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL L. BENKE,<br><br>        Plaintiff,<br><br>    v.<br><br>M. BITER, et al.,<br><br>        Defendants. | Case No. 20-cv-09401-HSG<br><br>**ORDER DENYING REQUEST FOR EXTENSION OF TIME TO PAY FILING FEE AS MOOT**<br><br>Re: Dkt. No. 11 |

Plaintiff, an inmate at Richard J. Donovan State Prison, has filed the instant *pro se* action pursuant to 42 U.S.C. § 1983 alleging that prison officials at Salinas Valley State Prison ("SVSP"), where he was previously housed, violated his constitutional rights. Plaintiff has requested an extension of time to submit his filing fee. Dkt. No. 11. This request is DENIED as moot. In the Court's February 10, 2021 Order granting Plaintiff leave to proceed *in forma pauperis*, the Court instructed the prison trust account office to deduct funds from Plaintiff's prisoner trust account office on a monthly basis and forward the funds to the Clerk of the Court until the filing fee has been paid in full. Dkt. No. 9. Plaintiff need not take any action with respect to his filing fee at this time.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: 4/1/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge